UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------

| | : | |
|---|---|---|
| MARK T. HOLCOMB, | : | |
| | : | Case No. 1:18-cv-191 |
| Plaintiff, | : | |
| | : | |
| vs. | : | OPINION & ORDER |
| | : | [Resolving Doc. 16] |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

In August 2014, Plaintiff Mark Holcomb applied for period of disability benefits, disability insurance benefits, and supplemental security income.[1]

The Social Security Administration denied his application initially and on reconsideration.[2] At Holcomb's request, an administrative law judge ("ALJ") considered his case.[3] The ALJ concluded that Plaintiff Holcomb was not disabled.[4] The Social Security Appeals Council denied Plaintiff's request for review.[5]

Holcomb then brought this suit, asking the Court to reverse the ALJ's decision.[6] He argues that the ALJ failed to give proper weight to his treating physician's opinion and erred in the vocational analysis.[7] Magistrate Judge Ruiz issued a Report and Recommendation ("R&R") recommending that the Court affirm the ALJ's decision.[8]

---

[1] Doc. 8 at 267, 274.
[2] *Id.* at 100–23, 125–49, 152–65, 166–79.
[3] *See id.* at 41–81.
[4] *Id.* at 18–35.
[5] *Id.* at 5.
[6] Doc. 1.
[7] Doc. 10.
[8] Doc. 16.

Case No. 1:18-cv-191
Gwin, J.

If a party had objected to this R&R, the Court would consider the objected-to portions *de novo*.[9] However, because neither party has objected, the Court may adopt the R&R without review.[10]

Moreover, the Court has conducted its own review of the briefing and record and agrees with Judge Ruiz—the evidence sufficiently supported the ALJ's conclusion.

Accordingly, the Court **ADOPTS** Magistrate Judge Ruiz's R&R and **AFFIRMS** the ALJ's decision.

IT IS SO ORDERED.

Dated: March 8, 2019    *s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

---

[9] 28 U.S.C. § 636(b)(1).
[10] *Thomas v. Arn*, 474 U.S. 140, 149 (1985).